IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CECELIA ANN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-cv-03177 |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 24). Magistrate Judge Schanzle-Haskins recommends that this Court: (1) grant Defendant Commissioner's Motion for Summary Affirmance (d/e 21); (2) deny Plaintiff Cecelia Ann Johnson's Motion for Summary Judgment (d/e 18); and (3) affirm Defendant's decision to deny Social Security disability benefits to Plaintiff. On January 10, 2020, Plaintiff filed Objections to the Report and Recommendation (d/e 25).

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has thoroughly reviewed Magistrate Judge Schanzle-Haskins' Report and Recommendation and Plaintiff's objections to the Report and Recommendation. Applying a de novo review, the Court agrees with Magistrate Judge Schanzle-Haskins' recommendations and the analysis underlying those recommendations.

It is, therefore, ORDERED:

(1) **The Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 24) is ACCEPTED and ADOPTED.**

(2) **Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (d/e 25) are OVERRULED.**

(3) **Plaintiff's Motion for Summary Judgment (d/e 18) is DENIED.**

(4) **Defendant's Motion for Summary Affirmance (d/e 21) is GRANTED.**

(5) Defendant's decision to deny Social Security disability benefits to Plaintiff is AFFIRMED.

(6) THIS CASE IS CLOSED.

ENTER: April 1, 2020

                                        /s/ Sue E. Myerscough
                                        SUE E. MYERSCOUGH
                                        UNITED STATES DISTRICT JUDGE